MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel:  (212) 637-2713
Fax:  (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
SOOSAMMA A. JOSEPH,              :
                                 :
            Plaintiff,           :
                                 :
        - v. -                   :
                                 :      STIPULATION AND ORDER
                                 :      07 Civ. 5601 (SAS)
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x


        IT IS HEREBY STIPULATED AND AGREED, by and between the

attorney for the defendant and the plaintiff pro se, that the

defendant's time to answer or move with respect to the complaint in

the above-captioned action is extended from April 21, 2008 to

and including June 20, 2008.  The reason for the request is

because the administrative record has not yet been received by

defendant's counsel.  No prior extension has been requested in this

case.

Dated:   New York, New York
         March 24 , 2008

                                        _____
                                        SOOSAMMA A. JOSEPH
                                        Plaintiff pro se
                                        114 Hudson Terrace
                                        Yonkers, New York  10701
                                        Telephone No.: (914) 376-5398

                                        MICHAEL J. GARCIA
                                        United States Attorney
                                        Southern District of New York
                                        Attorney for Defendant


                                   By:_____
                                        SUSAN D. BAIRD
                                        Assistant United States Attorney
                                        86 Chambers Street - 3rd Floor
                                        New York, New York  10007
                                        Telephone No.: (212) 637-2713
                                        Susan.Baird@usdoj.gov


SO ORDERED:


_____
UNITED STATES DISTRICT JUDGE