ORIGINAL SCHEINDLIN

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
SOOSAMMA A. JOSEPH,               :
                                  :
                  Plaintiff,      :
                                  :
          - v. -                  :   STIPULATION AND ORDER
                                  :        OF REMAND
MICHAEL J. ASTRUE,                :
Commissioner of                   :   07 Civ. 5601 (SAS)
Social Security,                  :
                  Defendant.      :
                                  :
- - - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence six of 42 U.S.C. § 405(g), for

further administrative proceedings, including locating or reconstructing the claims file.

Dated: New York, New York
      May 31, 2008

                              SOOSAMMA A. JOSEPH
                              Plaintiff Pro Se
                              114 Hudson Terrace
                              Yonkers, New York  10701
                              Telephone No.:(914) 376-5398

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant

                     By: _____
                              SUSAN D. BAIRD
                              Assistant United States Attorney
                              86 Chambers Street - 3rd Floor
                              New York, New York  10007
                              Telephone No.: (212) 637-2713
                              Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

6/1/08